IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

**LARAMIE JOHN MAYES,**　　　　　　　　　　　　07-CV-46-ST

　　　　　　　　　　　　　　　　　　　　　　　　ORDER

　　　　**Petitioner,**

v.

**JEAN HILL,**

　　　　**Respondent.**

**BROWN, Judge.**

　　　Magistrate Janice M. Stewart issued Findings and Recommendation (#31) on August 11, 2008, in which she recommends this Court deny Petitioner Laramie John Mayes's Amended Petition (#25) for Writ of Habeas Corpus and enter a judgment dismissing this matter with prejudice.  The matter is now before this Court pursuant to 28 U.S.C. § 636(b)(1)(B) and Federal Rule of Civil Procedure 72(b).

　　　Because no objections to the Magistrate Judge's Findings and Recommendation were timely filed, this Court is relieved of its

1　-　ORDER

obligation to review the record *de novo*. *Britt v. Simi Valley Unified School Dist.*, 708 F.2d 452, 454 (9th Cir. 1983)(rev'd on other grounds). *See also Lorin Corp. v. Goto & Co.*, 700 F.2d 1202, 1206 (8th Cir. 1983). Having reviewed the legal principles *de novo*, the Court does not find any error.

## CONCLUSION

The Court **ADOPTS** Magistrate Judge Stewart's Findings and Recommendation (#31). Accordingly, the Court **DENIES** Petitioner's Amended Petition (#25) for Writ of Habeas Corpus and **DISMISSES** this matter **with prejudice**.

IT IS SO ORDERED.

DATED this 8th day of October, 2008.

/s/ Anna J. Brown

ANNA J. BROWN
United States District Judge

2  -  ORDER